IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAAVO INC. | ) |
|       Plaintiff, | ) |
| | ) Civil Action No. 1:14-cv-355-LPS |
| v. | ) |
| | ) |
| INTERNATIONAL BUSINESS MACHINES | ) |
| CORPORATION | ) |
|       Defendant. | ) |
| | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Kaavo Inc. and Defendant International Business Machines Corporation hereby stipulate and agree subject to and upon the Court's approval that: (i) all of the parties' claims against the other shall be dismissed with prejudice and (ii) each Party shall bear its own costs and attorneys' fees.

DATED:  September 2, 2014

| | |
|---|---|
| STAMOULIS & WEINBLATT LLC | POTTER ANDERSON & CORROON LLP |
| */s/ Richard C. Weinblatt* | */s/ Richard L. Horwitz* |
| Stamatios Stamoulis (#4606) | Richard L. Horwitz (#2246) |
| Richard C. Weinblatt (#5080) | David E. Moore (#3983) |
| Two Fox Point Centre | Hercules Plaza, 6th Floor |
| 6 Denny Road, Suite 307 | 1313 N. Market Street |
| Wilmington, DE  19809 | Wilmington, DE 19801 |
| (302) 999-1540 | rhorwitz@potteranderson.com |
| stamoulis@swdelaw.com | dmoore@potteranderson.com |
| weinblatt@swdelaw.com | |
| | John Desmarais (admitted *pro hac vice*) |
| *Attorneys for Plaintiff* | Jason Berrebi (admitted *pro hac vice*) |
| *Kaavo Inc.* | DESMARAIS LLP |
| | 230 Park Avenue |
| | New York, NY 10169 |
| | jdesmarais@desmaraisllp.com |
| | jberrebi@desmaraisllp.com |
| | |
| | *Attorneys for Defendant* |
| | *International Business Machines Corporation* |

**SO ORDERED**, this _____ day of _____, 2014.

_____
Leonard P. Stark
United States District Court Judge